FILED

2012 MAR 28 AM 10:28

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 11CR5207-BTM |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
| v. | ) | |
| SALVADOR ORTIZ-VALENCIA, | ) | |
| Defendant. | ) | |

*For the reasons set forth by the Government on the record on 3/27/12*

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the indictment against Defendant Salvador Ortiz-Valencia be dismissed without prejudice.

DATED: March 27, 2012

BARRY T. MOSKOWITZ, CHIEF JUDGE
UNITED STATES DISTRICT COURT